■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v USAMAH HADDAD, Appellant. [874 NYS2d 824]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered June 2, 2006, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The issues raised by the appellant are all unpreserved for appellate review (*see* CPL 470.15 [5]), and we decline to reach them in the exercise of our interest of justice jurisdiction. Rivera, J.P., Ritter, Covello and Angiolillo, JJ., concur.